ORIGINAL

FILED

01/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 11-0244

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 11-0244

FILED

JAN 2 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE RULES FOR ADMISSION
TO THE BAR OF MONTANA

ORDER

On January 5, 2021, this Court proposed revising Sections A(1), B(1)(a), H(1)(a), and I(1) of the Temporary Rules for Admission to the Bar of Montana and announced that it would accept written comments to the proposed revision for a period of 14 days.

The Court did not receive any public comments within the time allotted. This Court has concluded that good cause exists for the adoption of the revisions.

The newly amended Sections of the Temporary Rules for Admission to the Bar of Montana will read as follows:

**A. Purpose**

1. In light of the extraordinary circumstances created by the global pandemic of COVID-19, some candidates will be unable or unwilling to sit in person for the Montana Uniform Bar Examination and will choose to defer until the next administration of the exam, while other candidates who would have taken a sanctioned, portable Uniform Bar Examination in another state instead sat for a non-portable, remotely administered examination.

. . .

**B. Eligible Persons**

1. A recent graduate of law school is eligible for provisional admission to the Montana State Bar if he or she:

   a) Graduated from a law school accredited by the American Bar Association in the 18 months immediately preceding his or her application for

provisional admission or sat for a non-portable, remotely administered examination in another state in 2020;

b) Has been certified as fit to practice law by the Montana Commission on Character and Fitness;

c) Has been certified by the dean of the law school from which he or she graduated as being of good character and competent legal ability;

d) Has not failed a bar examination in any jurisdiction; and

e) Has not been denied admission in any other jurisdiction.

## H. Termination of Provisional Admission

1. A person's provisional admission shall terminate immediately if the provisionally admitted lawyer:

a) does not sit for:

i. either of the first two Montana Uniform Bar Examinations administered after June 17, 2020, if the provisionally admitted lawyer was unable or unwilling to sit for the Montana Uniform Bar Examination; or

ii. any of the first three Montana Uniform Bar Examinations administered after June 17, 2020, if the provisionally admitted lawyer did not sit for the Montana Uniform Bar Examination, but sat for a non-portable, remotely administered examination in another state in 2020;

b) fails the Montana Uniform Bar Examination; or

c) is sworn in as a full member of the Montana Bar.

## I. Automatic Expiration of These Rules

1. Unless otherwise ordered by the Montana Supreme Court, these Temporary Rules of Admission to the Montana Bar will expire 60 days after the Board of Bar Examiners releases the results of the third Montana Uniform Bar

2

Examination administered after the date these Rules are adopted by the Montana Supreme Court.

2. The Montana Supreme Court may extend these Rules as required by the continuing public health emergency and, if necessary, will do so by further order.

IT IS ORDERED that Sections A(1), B(1)(a), H(1)(a), and I(1) of the Temporary Rules for Admission to the Bar of Montana are revised as set forth herein. The revisions are effective immediately.

A copy of this Order shall be posted on the websites of the Montana Supreme Court and the State Bar of Montana. The State Bar of Montana is further requested to give notice of this Order and of its website posting of the Order in the next available issue of the *Montana Lawyer*.

The Clerk of this Court shall provide a copy of this Order to each District Court Judge and each Clerk of the District Court. In addition, the Clerk of this Court is directed to provide copies of this Order to the State Law Library, to Todd Everts and Connie Dixon at Montana Legislative Services, to Chad Thomas and the Thomson Reuters Rules department at Thomson Reuters, and to Patti Glueckert and the Statute Legislation department at LexisNexis.

DATED this 26th day of January, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

4